# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RESOURCES FOR HUMAN DEVELOPMENT, INC.**<br><br>                **Plaintiff,**<br><br>      v.<br><br>**LOWER PROVIDENCE TOWNSHIP**<br><br>                **Defendant.** | **CIVIL ACTION NO. 24-2245** |

## ORDER

**AND NOW,** this 27th day of March 2025, upon consideration of the pending motions, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss [Doc. No. 4] is **GRANTED** as to the claim under the Federal Fair Housing Act, which is **DISMISSED without prejudice**, and **DISMISSED** as to the state-law claims.

2. The Motion to Remand [Doc. No. 8] is provisionally **GRANTED** as to the state-law claims.

3. Plaintiff may file an amended complaint within **21 days** of the date of this Order. If Plaintiff does not file an amended complaint, or notifies the Court that it does not intend to file an amended complaint, the Court will not exercise jurisdiction over the remaining state-law claims, and the case will be remanded to state court.

4. If Plaintiff files an amended complaint, the Court will assume jurisdiction over the federal claim and will abstain from deciding the state-law claims, which will be remanded to state court.

It is so **ORDERED.**

                                                                    **BY THE COURT:**

                                                                    **/s/ Cynthia M. Rufe**
                                                                    **CYNTHIA M. RUFE, J.**